# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :  No. 606 EAL 2015
:
          Petitioner       :
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
      v.           :
:
:
ALWASI YONG,           :
:
          Respondent   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of May, 2016, the Petition for Allowance of Appeal is

**GRANTED**.  The issue, as stated by Petitioner, is:

> Did the Superior Court - in contravention of the United States
> Supreme Court precedent and overwhelming supporting authority
> from this Court, the Superior Court itself, and virtually every federal
> and state court - err in holding that the Fourth Amendment does not
> permit a member of a close group of officers working as a team to
> act on the collective knowledge of that team, absent a directive or
> instruction issued by an officer who possesses probable cause?

Justice Wecht did not participate in the consideration or decision of this matter.